**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**
    **Plaintiff**

    **v.**                                                          **Criminal No. 05-228 (ADC)**

**(19) MILTON FELIU-RODRIGUEZ,**
    **Defendant**

<u>**ORDER**</u>

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on May 26, 2006 (**Docket No. 353**.) In said Report and Recommendation the Chief Magistrate-Judge recommends that:  defendant **Milton Feliú-Rodríguez** be adjudged guilty of the offenses charged in Count I (21 U.S.C. § 846) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on May 25, 2006.  **The sentencing hearing is set for August 24, 2006 at 3:00 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 26th day of June, 2006.


S/**AIDA M. DELGADO-COLON**
**United States District Judge**